# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORYCE DIRDEN,<br>    Plaintiff,<br><br>             v.<br><br>CITY OF LOS ANGELES, et al.,<br>    Defendants. | CV 20-503 DSF (AFMx)<br><br>JUDGMENT |

    The Court having (1) dismissed Plaintiff Roryce Dirden's "Failure to Intervene Claim" and "Negligence Claim" based on his voluntary dismissal of those claims, (2) found Dirden's Fourth Claim for Unreasonable Seizure fails because Defendant Sergeant Jeannette Pelayo is shielded by qualified immunity, (3) found Dirden's other grounds asserted within the Fourth Claim fail because they are governed by the same analysis as the unreasonable seizure claim, and (4) declined to exercise supplemental jurisdiction over Dirden's remaining state claims,

    IT IS ORDERED AND ADJUDGED that Dirden take nothing, his federal claims be dismissed with prejudice, and his state claims be remanded to the Superior Court of the State of California, County of Los Angeles.

    IT IS SO ORDERED.

Date: June 8, 2021

                                            Dale S. Fischer
                                            United States District Judge